IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RAUL MANZANO, JOSE DANIEL MANZANO, RICARDO GARCIA-LOPEZ, CARLOS PAHUA, FLORIBERTO RODRIGUEZ, JOEL RODRIGUEZ, JUAN PABLO RODRIGUEZ, and EFREN TORRES,**<br><br>            Plaintiffs,<br><br>    v.<br><br>**IVAN ABARCA**,<br><br>            Defendant. | Case No.: 3:11-cv-01117-MO<br><br>JUDGMENT  DISMISSING IVAN IBARCA WITHOUT PREJUDICE |

Judgment is hereby entered as follows:

//////////

//////////

//////////

//////////

Page 1 – JUDGMENT DISMISSING DEFENDANT IVAN ABARCA WITHOUT PREJUDICE

Defendant Ivan Abarca is dismissed without prejudice.

DATED this   26th   day of         June        , 2013.

/s/ Michael W. Mosman
United States District Court Judge

Submitted by:

/s/ D. Michael Dale

**D. Michael Dale**, OSB 771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113
Telephone: (503) 357-8290
Facsimile: (503) 946-3089

Attorney for Plaintiffs

Page 2 – JUDGMENT DISMISSING DEFENDANT IVAN ABARCA WITHOUT PREJUDICE